

Entered on Docket
November 02, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Wells Fargo Bank, N.A.
10-71022

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-10-12354-lbr |
| Anthony Floyd Hollingsworth | MS Motion No. 26<br>Date: September 8, 2010<br>Time: 10:30 a.m. |
| | Chapter 13 |
| Debtor. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

1    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the
2    post-petition arrearages currently due as follows:

|  |  |
|---|---|
| 3 Monthly Payments at $1,886.35 (June 1, 2010 - August 1, 2010) | $5,659.05 |
| 3 Late Charges at $75.45 (June 1, 2010 - August 1, 2010) | $226.35 |
| Property Inspections | $15.00 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $550.00 |
| Immediate payment ck # 3770503068 | -($4,128.65) |
| Total | $2,471.75 |

Cashier's Check #3770503068 dated September 7, 2010 and in the amount of $6,000.00 will be applied to Debtor's September 1, 2010 payment in the amount of $1,886.35. The remaining $4,128.65 will be applied to the arrearages as an immediate lump sum payment reducing total arrears as reflected above.

The total remaining arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $411.96 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the October 20, 2010 payment and continuing throughout and concluding on or before February 20, 2011. The sixth final payment in the amount of $411.95 shall be paid on or before March 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the October 1, 2010 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 1508 Crystal Rainey Ave. , North Las Vegas, NV 89086, and legally described as follows:

> LOT 489 IN BLOCK 8 OF DONNA/DEER SPRINGS UNIT 2A, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 116 OF PLATS, PAGE 5, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AMENDED BY CERTIFICATES OF AMENDMENT RECORDED MARCH 30, 2004 IN BOOK 20040330 AS DOCUMENT NO. 02757 AND RECORDED SEPTEMBER 20 OF OFFICIAL RECORDS.

1   IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make
2   any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured
3   Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file
4   and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of
5   Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an
6   attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth
7   (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this
8   Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may
9   thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
10  State Law, and take any action necessary to obtain complete possession thereof.

12  Submitted by:

13  WILDE & ASSOCIATES

14  /S/GREGORY L. WILDE
    By_____  #10235
15
    GREGORY L. WILDE, ESQ.
16  Attorneys for Secured Creditor
    212 South Jones Boulevard
17  Las Vegas, Nevada 89107

18  APPROVED AS TO FORM & CONTENT:

19  Kathleen A Leavitt                         Christopher Patrick Burke

20  By_____                      By_____

21
    Kathleen A Leavitt                         Christopher Patrick Burke
22  Chapter 13 Trustee                         Attorney for Debtors
    201 Las Vegas Blvd., So. #200              702 Plumas St.
23  Las Vegas, NV 89101                        Reno, NV 89509

25                                             Nevada Bar No. 4093

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).
\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.
\_x\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

\_x\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:
\_X\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or     \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_X\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or     \_\_\_\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or     \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or     \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor